Brad A. Denton, #016454
Brad@GundersonDenton.com
Sterling R. Peterson, # 020628
Sterling@GundersonDenton.com
**GUNDERSON, DENTON & PETERSON, P.C.**
ATTORNEYS & COUNSELORS AT LAW
1930 N. ARBOLEDA ROAD, SUITE 201
MESA, ARIZONA  85213
TELEPHONE: (480) 655-7440
FACSIMILE: (480) 655-7099
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| INTERNATIONAL FRANCHISE SOLUTIONS, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BIZCARD XPRESS, LLC, a Florida limited liability company, JOHN and JANE DOES I-V; and ABC Entities I-V, a corporation or other legal entities;<br><br>Defendants. | No. CV-13-00086-PHX-DGC<br>*(Consolidated with: CV-13-00168-PHX-FJM)*<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>*(Assigned to the Honorable David G. Campbell)* |

The parties, having settled all claims arising out of the above-captioned action, hereby stipulate, through undersigned counsel, to dismissal with prejudice of the above-captioned action, each party to bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 13th day of November, 2013.

**GUNDERSON, DENTON & PETERSON, P.C.**

/s/ Sterling R. Peterson
Brad A. Denton
Sterling R. Peterson
1930 N. Arboleda Road, Suite 201
Mesa, AZ  85213
Attorneys for Plaintiff

1

|   |   |
|---|---|
|   | **PRETI FLAHERTY BELIVEAU & PACHIOS, LLP** |
|   | /s/ Timothy J. Bryant (with permission) |
|   | Timothy J. Bryant |
|   | P.O. Box 9546 |
|   | Portland, ME 04112-9546 |
|   | *Attorneys for BizCard* |

ORIGINAL of the foregoing filed
this 13th day of November, 2013, and
COPY of the foregoing mailed and/or e-mailed the same day to:

The Honorable David G. Campbell
Unites States District Court
Sandra Day O'Conner Us. Courthouse, Suite 623
401 W. Washington Street, SPC 58
Phoenix, AZ 85003

Timothy J. Bryant
PRETI FLAHERTY BELIVEAU & PACHIOS, LLP
P.O. Box 9546
Portland, ME 04112-9546
*Attorneys for BizCard*

Peter N. Greenfeld
LAW OFFICES OF PETER N. GREENFELD, P.C.
1212 East Osborn Road, Suite 115
Phoenix, AZ  85014
*Attorneys for BizCard*

/s/ Lindsey Rice

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| INTERNATIONAL FRANCHISE SOLUTIONS, LLC, an Arizona limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BIZCARD XPRESS, LLC, a Florida limited liability company, JOHN and JANE DOES I-V; and ABC Entities I-V, a corporation or other legal entities;<br><br>　　　　　Defendants. | No. CV-13-00086-PHX-DGC<br>*(Consolidated with: CV-13-00168-PHX-FJM)*<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**<br><br>*(Assigned to the Honorable David G. Campbell)* |

　　This Court having reviewed the parties' Stipulation to Dismiss With Prejudice, and good cause appearing:

　　IT IS HEREBY ORDERED, dismissing with prejudice the above-captioned action, each party to bear their own attorneys' fees and costs.

　　DATED this _____ day of _____, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable David G. Campbell